IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| AARON GARRETT, as the Personal Representative of the Wrongful Death Estate of Matthew Carr, deceased,<br><br>    Plaintiff,<br><br>        v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EDDY, NEW MEXICO; WARDEN BILLY MASSINGILL, in his official capacity; DARLA BANNISTER, ACNP, individually and in her official capacity; RONALD J. HAUGEN, D.N.P, C.N.P, C.N.S, individually and in his official capacity; BARBARA MOUNCE, L.M.H.C., individually, CORRECTIONS OFFICER BARRETT CHADWELL, individually; CORRECTIONS OFFICER WENDY CONTRERAS, individually; BRIANNA NOWLIN, individually, and KENDRA KEE, R.N., individually, and JOHN DOES AND JANE DOES I-IV,<br><br>    Defendants. | Civ. No. 2:23-cv-00509-WJ-KRS |

**ORDER SEALING PROCEEDINGS RELATED TO THE
COURT'S APPROVAL OF MINOR SETTLEMENT**

    **THIS MATTER** having come before the Court on Plaintiff's Motion to Seal Proceedings Related to Court's Approval of Minor Settlement, and the Court being otherwise fully apprised, and for good cause:

    **IT IS ORDERED** that the settlement agreements of the parties and any report filed with regard to settlement of the matters at issue in this lawsuit, including the settlement amounts, the terms and conditions of settlement, and the guardian ad litem report(s) relating to settlement, the

Motion to Approve Settlement and the Court's corresponding order, and any transcript relating to any hearing on settlement or the guardian ad litem report, shall be filed and kept under seal.

    IT IS SO ORDERED.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE