IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON GARRETT, as Personal Representative
of the Wrongful Death Estate of Matthew Carr, deceased,

    Plaintiff

v.   Civ. No. 2:23-cv-509 WJ/KRS

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF EDDY, NEW MEXICO;
WARDEN BILLY MASSINGILL; DARLA BANNISTER, ACNP;
RONALD J. HAUGEN, D.N.P, C.N.P, C.N.S.;
BARBARA MOUNCE, L.M.H.C.;
CORRECTIONS OFFICER BARRETT CHADWELL;
CORRECTION OFFICER WENDY CONTRERAS;
BRIANNA NOWLIN; and KENDRA KEE, R.N.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), (Doc. 63), finding that the settlement reached in this case is fair and in the best interests of the minor children. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

IT IS THEREFORE ORDERED THAT the Magistrate Judge's Proposed Findings and Recommended Disposition, (Doc. 63), is ADOPTED and the settlement with the minor children is approved. Closing documents for the settling parties shall be filed within thirty (30) days of the entry of this Order.

                                                  /s/
                                      CHIEF UNITED STATES DISTRICT JUDGE